*198 CAVANAGH, J.
{concurring in part in the result and dissenting in part). I concur with the majority that the 20-mile distance permitted in MCL 15.602(2) is to be measured in a straight line between the employee’s place of residence and the nearest boundary of the public employer. I dissent, however, because I believe that the statute allows plaintiff to maintain a private cause of action for money damages for a violation of the statute.
The lack of any remedy in the statute presents a problem. See Pompey v Gen Motors Corp, 385 Mich 537, 552 n 14; 189 NW2d 243 (1971). A violation of the statute has significant consequences for an employee or potential employee. For example, a potential employee may not be hired or a current employee may have his employment terminated or may not receive a promotion. But an employee or potential employee may not learn of this statutory violation until the only possible effective remedy is one for monetary damages. Thus, I would affirm the Court of Appeals on this issue and hold that a private cause of action does exist for a violation of the statute.
WEAVER, J., concurred with CAVANAGH, J.